UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERTO HERNANDEZ-GARCIA,
                 Plaintiff(s)

24 civ 5274 (JGK)

     -against-

S.M.F. GROUP, et al.,
                 Defendant(s).
-----------------------------------------------------------X

## ORDER

The time for the defendants to respond to the complaint is extended to **October 25, 2024.**

**SO ORDERED.**

                                          **JOHN G. KOELTL**
                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 10, 2024