UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT HERNANDEZ-GARCIA,

                Plaintiff,

  -against-                                   24 **CIVIL** 5274 (JGK)

## JUDGMENT

S.M.F. GROUP INC. and CIELI PARTNERS,
L.P., individually and as a general partnership
d/b/a Trattoria Dell' Aarte, SHELDON
FIREMAN, and MARILYN FIREMAN,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated October 30, 2024, the motion to approve the settlement is granted. The settlement, including the provision of attorney's fees and costs is fair, reasonable and adequate. This case is dismissed pursuant to the settlement agreement with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       October 31, 2024

                                                   **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                        **BY:**


                                                  **Deputy Clerk**